No. D–1088. IN RE DISBARMENT OF KRAMER. Disbarment entered. [For earlier order herein, see *ante,* p. 902.]

No. D–1116. IN RE DISBARMENT OF MULDROW. It is ordered that Norris Muldrow, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 119, Orig. CONNECTICUT ET AL. *v.* NEW HAMPSHIRE. It is ordered that the Honorable Vincent L. McKusick, retired Chief Justice, Supreme Judicial Court of Maine, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. JUSTICE SOUTER took no part in the consideration or decision of this order. [For earlier order herein, see 502 U. S. 1069.]

No. 91–321. ITEL CONTAINERS INTERNATIONAL CORP. *v.* HUDDLESTON, COMMISSIONER OF REVENUE OF TENNESSEE. Sup. Ct. Tenn. [Certiorari granted, 502 U. S. 1090.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 91–1010. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY *v.* METCALF & EDDY, INC. C. A. 1st Cir. [Certiorari granted, *ante,* p. 918.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 91–615. ALLIED-SIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORP. *v.* DIRECTOR, DIVISION OF TAXATION. Sup. Ct. N. J. [Certiorari granted, 502 U. S. 977.] Motion of respondent to strike *amici curiae* brief of General Motors Corp. et al. denied. Motion of respondent to strike *amicus curiae* brief of Georgia Coalition of Military Federal Retirees, Inc., granted.